IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MARIO TREJO FLORES,<br><br>              Defendant. | 4:11CR3055<br><br>**ORDER** |

      I have been notified by Aaron C. Kurtenbach, Supervising United States Probation and Pretrial Services Officer, that Mr. Flores will be deported should I release him on compassionate release. *See* Filing 90. Because of that, I am unwilling to grant Mr. Flores' motion for compassionate release. Accordingly,

      IT IS ORDERED that:

      (1)    The motion for compassionate release (Filing 88) is denied without prejudice.

      (2)    The United States Probation Office is relieved of the obligation to make an investigation regarding the status of Mr. Flores.

      (3)    The Clerk's Office shall provide Mr. Kurtenbach with a copy of this order.

      Dated this 4th day of February, 2021.

                                                                    BY THE COURT:

                                                                    *Richard G. Kopf*
                                                                    Richard G. Kopf
                                                                    Senior United States District Judge