IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO TREJO FLORES,<br><br>Defendant. | 4:11CR3055<br><br>**ORDER** |

Defendant filed an objection (Filing 93) to Plaintiff's Notice of Intent to Destroy Exhibits (Filing 92). Defendant states he is currently working on filing a § 2255 motion and he may need the exhibits to support his motion.

IT IS ORDERED that Defendant's motion for extension of time for when the government destroys the exhibits in this case (Filing 93) is granted. Plaintiff shall maintain custody of the exhibits in this case until September 1, 2022. The Clerk shall provide a copy of this order to Plaintiff and Defendant at his last known address.

Dated this 17th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge